**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TELETOR JIMENEZ,** | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  26-1663** |
| **MCSHANE et al,** | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 15th day of June, 2026, the Clerk of Courts is **DIRECTED** to mark this case closed.

BY THE COURT:

_____
Hon. Mia R. Perez